

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2013

No. 04-13-00425-CV

**IN RE** Anthony C. **AGUILAR**

Original Mandamus Proceeding[1]

**ORDER**

On July 8, 2013, relator Anthony C. Aguilar, filed a petition for a writ of mandamus. The court has considered relator's petition and the response of the real party in interest and has determined that relator is entitled to the relief requested in part. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED IN PART. TEX. R. APP. P. 52.8(c).

The Honorable Tom Rickhoff is ORDERED to vacate the portion of the orders of disqualification in Cause Nos. 2012-PC-2800 and 2012-PC-2802 disqualifying Aguilar from representing himself. The writ will issue only if we are notified that Judge Rickhoff has not done as directed within ten days of the date of this order.

It is so **ORDERED** on August 21, 2013.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2013.

Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Nos. 2012PC2800 and 2012PC2802, styled *In re Estate of Ramiro Aguilar, Jr.*, *Deceased* and *In re Estate of Alvilda Mae Aguilar, Deceased*, respectively, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Tom Rickhoff presiding.